AO 106 (Rev. 04/10)  Application for a Search Warrant  (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. M-21- 483-SM
Premises known as 1120 Hazelwood Dr., Midwest City, )
Oklahoma 73110, the surrounding curtilage, and any )
vehicles, garages, and outbuildings thereon )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Western_____ District of _____Oklahoma_____, there is now concealed *(identify the person or describe the property to be seized)*:

ELIJAH DEWAYNE HICKS

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1111(a), 1151, 1153 | Murder in Indian Country |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Joseph Keyes, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: August 16, 2021

_____
Judge's signature

City and state: Oklahoma City, Oklahoma

Suzanne Mitchell, U.S. Magistrate Judge
Printed name and title

AUSA: Bow Bottomly

WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA    )
                     )
COUNTY OF OKLAHOMA   )

## AFFIDAVIT

1. I, Joseph Keyes, a Special Agent for the FBI, being duly sworn, hereby depose and state as follows:

2. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since June 2012. I am currently assigned to the Oklahoma City Division, where I have been involved in a wide variety of investigative matters, including investigations targeting large criminal enterprises, fugitive matters, violent crime, and other federal violations. During the course of these investigations, I have been the affiant in multiple Title III wire intercept affidavits, participated in several Title III investigations, coordinated the execution of search and arrest warrants, conducted physical surveillance, analyzed phone records, and activities explained in 18, United States Code, Section 1151 and as it pertains to the Major Crimes Act (MCA).

3. I have probable cause to believe that ELIJAH DEWAYNE HICKS, who is wanted for violations of 18 U.S.C. § 1111(a), 1151, and 1153, Murder in Indian Country, is located within a residence located at the address 1120 Hazelwood Dr, Midwest City OK, 73110. I submit this application and affidavit in

support of a search warrant authorizing a search of the above residence to locate and arrest HICKS for the foregoing criminal violations further described herein. I request authority to search the entire residence, including the surrounding curtilage, and any vehicles, garages, and outbuildings[1] thereon and seize HICKS if he is found.

## PURPOSE OF AFFIDAVIT

4. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause to secure a search warrant for 1120 Hazelwood Dr, Midwest City, OK 73110. (**Subject Residence**), as described further in **Attachment A** (physical description), for the arrest of ELIJAH DEWAYNE HICKS who was recently complained in the Eastern District of Oklahoma resulting in a Warrant for his arrest. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested warrant.

---

1   It is unknown if there are outbuilding behind the property as tree foliage obscures some of the satellite imagery. Furthermore, satellite imagery is to an extent dated and may not show outbuilding or temporary structures in the back of the property.

## PROBABLE CAUSE

5.     On August 9, 2021, the Eastern District of Oklahoma issued an Arrest Warrant for HICKS for the crime of Murder following his involvement in a shooting homicide on August 7, 2021. Following further investigation by FBI Special Agents, Task Force Officers and Oklahoma State and Tribal Police Officers, HICKS' mother JUDITH HICKS spoke with the Okfuskee County Sheriff at her residence and disclosed that HICKS was picked up from her residence Sunday night after the shooting by TJ WRIGHT in a Silver SUV. State and Tribal partners relayed that TERREL WRIGHT JR might live with his mother NANCY SEVERS at 1120 Hazelwood Dr in Midwest City. Database checks[2] corroborated the information sufficiently such that law enforcement elected to perform surveillance at the **Subject Residence** to see if HICKS was present. A current DMV provided driver's license photograph of HICKS is herein attached.

---

2    DMV records as well as open records searches list the Subject Residence as the residence for Nancy Severs. County assessor records show the residence as being owned by HBK Properties LLC. It is unknown if this is a rental property for Severs, or if she has some tie to HBK Properties LLC.



6.     Based on the preceding information from JUDITH HICKS, on August 16, 2021, surveillance units were watching the **Subject Residence**, and witnessed a person matching the physical description of HICKS leave and re-enter the **Subject Residence** (see photograph at the end of this paragraph of person believed to be HICKS after he left the **Subject Residence** on August 16, 2021). As of 4:45 p.m., surveillance units have confirmed that the person matching the physical description of HICKS returned and was at the **Subject Residence**. This person believed to be HICKS drove a blue Toyota Camry with Oklahoma Tag LAP-618[3] to go to and from the residence on August 16,

---

3     Oklahoma Tag LAP-618 comes back to a 2003 Toyota Camry, blue in color, registered to Nancy Stevens at 1120 Hazelwood Drive, Midwest City, Oklahoma 73110. It is unknown who "Nancy Stevens is, however, the DL# used by Nancy

4

2020. In addition to HICKS, a second black male that appeared to be in his 20s, a black female also appearing to be in her 20s, and two children came and went from the residence during surveillance. A surveillance camera was subsequently placed that capture a view of the front of the residence so that law enforcement can continue to monitor HICKS' activity.



---

Stevens for the registration is the same DL# used by Nancy Severs suggesting they are possibly the same person.

## CONCLUSION

7.  Affiant respectfully submit that there is probable cause to believe that HICKS, is located at or within 1120 Hazelwood Dr, Midwest City OK, 73110. HICKS is considered armed and dangerous, and at least one associate has expressed a belief that HICKS will not cooperate with law enforcement when an arrest is attempted. Therefore, your affiant requests a search warrant of the SUBJECT RESIDENCE for the purposes of securing HICKS in the event he refuses to comply with law enforcement and leave the residence.

**FURTHER, YOUR AFFIANT SAYETH NOT.**

_____
Joseph Keyes
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this 16th day of August, 2021.

_____
Suzanne Mitchell
U.S. MAGISTRATE JUDGE

## Attachment A

## ADDRESS TO BE SEARCHED

1120 Hazelwood Drive, Midwest City, Oklahoma 73110



1120 Hazelwood Drive, Midwest City, Oklahoma 73110, is a single-family, single-story residence constructed with light vinyl siding over brick. The residence has a composition roof with an overhang on the front porch. There is an attached single-car garage on the right side as you face the front of the house. The front porch is slightly raised with no railing and the front door is to the left on the front steps. The front door faces north, with a glass storm door covering it. This residence is on the southwest corner of Hazelwood and Woodside Drive.

The request in this Affidavit includes a request to search all attached rooms, attics, basements, balconies, out-buildings and garages, storage areas, or any other areas within the location in which the subject of the search warrant may be found.

1